UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MARCIA CAMBIANO,                                            No. 04-12051

                                  Debtor(s).
_____/

JORGE AGUIRRE,

                                  Plaintiff(s),

            v.                                              A.P. No. 04-1126

MARCIA CAMBIANO,

                                  Defendant(s).
_____/

Memorandum of Decision
_____

      Plaintiff Jorge Aguirre and defendant Marcia Cambiano had a romantic relationship and had a child together, but are now estranged. While they were on better terms, they consolidated Cambiano's credit card debt into Aguirre's name and purchased a vehicle which was registered to Cambiano. In this adversary proceeding, Aguirre argues that Cambiano used fraud to get him to agree to these arrangements so that she owes him a nondischargeable debt pursuant to § 523(a)(2) of the Bankruptcy Code.

      There is scant evidence as to the terms of the oral agreements Aguirre says Cambiano breached,

1

and no evidence at all that Cambiano ever intended to defraud Aguirre. The evidence is consistent only with two people who once cared for each other but no longer have the same feelings. Aguirre has completely failed to meet his burden of demonstrating fraud.

The court abstains from determining the ownership of the vehicle, as that issue is not necessary to a determination of dischargeability and Cambiano claims no interest in the vehicle. If the parties cannot figure out how to remove Cambiano from title the issue may be litigated in state court so long as no monetary recovery is sought against Cambiano.

For the foregoing reasons, Aguirre shall take nothing by his complaint which will be dismissed, with prejudice. Cambiano shall recover any costs of suit.

Dated: December 5, 2005

Alan Jaroslovsky
U.S. Bankruptcy Judge

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING |
| 2 | The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of |
| 3 | California hereby certifies that a copy of the attached document was mailed to all parties listed below |
| 4 | as required by the Bankruptcy Code and Rules of Bankruptcy Procedure. |
| 5 | |
| 6 | Dated: Dec 5, 2005 |
| | *Dawn Passalacqua* |
| | Deputy Clerk |
| 7 | Jorge Aguirre |
| | 1788 Ralston Avenue |
| 8 | Richmond, CA 94805 |

3